David N. Ingrassia (#010936)
DAVID N. INGRASSIA, P.C.
3961 E. Chandler Boulevard, Suite 111-119
Phoenix, AZ 85048
Telephone: (602) 604-0099
Facsimile: (602) 604-0110
Email: david.ingrassia@cox.net
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CIT BANK, N.A., a national association<br><br>Plaintiffs,<br><br>v.<br><br>GOCARE WARRANTY GROUP, INC, an Arizona corporation, and JEFFREY MOYER<br><br>Defendants. | Case No. 2:17-cv-02874-SPL<br><br>**APPLICATION FOR WRIT OF GARNISHMENT** |
| WELLS FARGO BANK,<br><br>Garnishee. | |

1. The Applicant for the Writ of Garnishment is the Plaintiff/Judgment Creditor CIT Bank, NA. The Defendants/Judgment Debtors to whom this Application for Writ of Garnishment relates is GoCare Warranty Group, Inc. and Jeffrey Moyer.

2. The Applicant has good reason to believe (any or all):

    A. The Garnishee is indebted to the Judgment Debtors for moneys which are not earnings.

    B. The Garnishee is holding non-exempt moneys on behalf of the Judgment Debtors.

  C. The Garnishee has in its possession non-exempt personal property belonging to the Judgment Debtors.

  D. The Garnishee is a corporation and the Judgment Debtors is the owner of shares in such corporation, or has a proprietary interest in the corporation.

3. Judgment Creditor obtained a Judgment entered by the United States District Court for the District of Arizona on September 4, 2018 in the principal amount of $156,189.26, plus costs of $702.40, plus attorneys' fees of $13,065.00, plus post-judgment interest at the federal rate of 2.44% until paid. The amount owed as of September 11, 2018 is $170,036.18.

4. The address of the Garnishee is:

  Wells Fargo Bank
  100 W Washington St
  Phoenix, AZ 85003

Dated this 11th day of September, 2018.

         DAVID N. INGRASSIA, P.C.

         _____
         David N. Ingrassia
         3961 E. Chandler Boulevard, Suite 111-119
         Phoenix, AZ 85048
         Attorney for Judgment Creditor